UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------- X
ADINA CARTER,                              :
                                           :
                          Plaintiff,       :     Docket No. 07 cv 10705
                                           :
          -against-                        :
                                           :     NOTICE OF APPEARANCE
BRONX LEBANON HOSPITAL                     :
                                           :
                          Defendants.      :
----------------------------------------- X

**PLEASE TAKE NOTICE THAT**, Celena R. Mayo, hereby adds her appearance in the above captioned matter as counsel for defendant for **BRONX LEBANON HOSPITAL** in the above-captioned matter. Copies of all correspondence, notices, pleadings, motions, discovery items or other materials related to the captioned action henceforth shall be served upon:

Celena R. Mayo, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN & DICKER LLP
150 East 42nd Street
NEW YORK, NEW YORK 10017-5639
(212) 490-3000
(212) 490-3038 (fax)

Please enter this appearance and change the Court's records to reflect this change.

Dated**:** New York, New York
       February 20, 2008

                              Respectfully submitted,

                              **WILSON, ELSER, MOSKOWITZ,
                              EDELMAN & DICKER LLP**

                                          /s
                         By: _____
                              **CELENA R. MAYO (CRM 2961))**
                              Attorneys for Defendant
                              **BRONX LEBANON HOSPITAL**
                              150 East 42nd Street
                              New York, New York 10017-5639
                              (212) 490-3000
                              File No. 08981.00023

3128758.1

- 2 -

TO:  Adina Carter
     Plaintiff Pro Se
     1177 Anderson Ave., # 6F
     Bronx New York 10452

- 2 -

3128758.1

## CERTIFICATE OF SERVICE

I, Celena R. Mayo, hereby declare that on February 20, 2008, I served a true and correct copy of the foregoing, **NOTICE OF APPEARANCE**, in the instant matter by First Class U.S. Mail, depositing a true copy of the same enclosed in a postpaid, properly addressed wrapper, on Plaintiff pro se at the address below, this being the address provided by her for this purpose:

Adina Carter<br>
Plaintiff Pro Se<br>
1177 Anderson Ave., # 6F<br>
Bronx New York 10452

Dated**:** New York, New York
February 20, 2008

Respectfully submitted,

**WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP**

By: ___/s_____

**CELENA R. MAYO (CRM 2961))**
Attorneys for Defendant
**BRONX LEBANON HOSPITAL**
150 East 42nd Street
New York, New York 10017-5639
(212) 490-3000
File No. 08981.00023