USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ADINA CARTER,                                  :
                                               :    07 Civ. 10705 (RMB) (JCF)
                       Plaintiff,              :
        - against -                            :
                                               :    **ORDER OF DISCONTINUANCE**
BRONX LEBANON HOSPITAL CENTER,                 :
                                               :
                       Defendant.              :
------------------------------------------------------------x

Based upon the Report of the Clerk of Court Regarding Court Ordered Mediation, dated July 14, 2008, and the attached Report of the Mediator and Stipulation of Settlement signed by the parties on July 10, 2008 and indicating that "following mediation the parties have reached a settlement agreement," it is hereby

**ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

**SO ORDERED**.

Dated: New York, New York
       July 16, 2008

_____
Richard M. Berman, U.S.D.J.